1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEACOOL, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CHASSIS, LLC, a Texas Limited Liability Company, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01759-SVW-AS <br><br> Assigned for all purposes to the Honorable Stephen V. Wilson <br><br> **ORDER ON JOINT STIPULATION TO ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

TO ALL PARTIES AND THEIR ATTORNEYS' OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff SEACOOL INC., on the one hand, and Defendants NATIONAL CHASSIS LLC, on the other, by and through counsel, have stipulated to and requested that this Court issue an Order dismissing the entire action based on the settlement of this action by the Parties. Having considered the stipulation and good cause appearing, the Court hereby issues the following Orders:

    1. The entire action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: December 5, 2024

                                              STEPHEN V. WILSON
                                              UNITED STATES DISTRICT JUDGE